## Case No. 11,624.

RECEIVER OF OCEAN NAT. BANK v. WILD.

[The case reported under above title in 10 N. B. R. 568, is the same as Case No. 17,645.]

RECEIVERS (CAMPBELL v.). See Case No. 2,367.

RECEIVERS (DALTON v.). See Case No. 3,-550.

RECEIVERS (MILES v.). See Case No. 9,-544.

RECEIVERS (MUSSELWHITE v.). See Case No. 9,972.